UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP, INC.,<br><br>    Defendant. | Case No. 4:19-cv-02699-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 29 |

On December 3, 2019, the parties filed a joint case management statement, in which they informed the Court that they were finalizing a settlement, which they intended to execute within the week. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

The case management conference set for December 10, 2019 is continued to February 25, 2020 at 1:30 p.m. The joint case management statement is due on or before February 18, 2020.

IT IS SO ORDERED.

Dated: December 9, 2019

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge